*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

MARCQUESIA WALKER,

        Plaintiff-Appellant,

v

HELA MANAGEMENT, LLC, and THE D
PORTFOLIO, LLC,

        Defendants-Appellees.

UNPUBLISHED
July 15, 2021

No. 354403
Macomb Circuit Court
LC No. 2018-004108-NO

Before: RIORDAN, P.J., and M. J. KELLY and SHAPIRO, JJ.

RIORDAN, P.J. (*concurring*).

        I concur in the result only.

                               /s/ Michael J. Riordan